IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **BANKRUPTCY CASE NO.:** |
| **MODDER, INC.,** | ) | **09-01403-TOM-11** |
| | ) | |
| **BESSEMER BROWN SERVICE FUNERAL HOME, LLC,** | ) | **09-01406** |
| | ) | |
| **BROWN SERVICE FUNERAL HOME, LLC,** | ) | **09-01407** |
| | ) | |
| Debtors. | ) | |

## REPORT OF SALE

Comes now, Robert A. Morgan, duly appointed Trustee of the above styled case and pursuant to Bankruptcy Rule 6004(f)(1) files this report of sale.

1. Date motion to sell was filed: May 26, 2010 (Proceeding No. 1507)

2. Date of order approving sale: July 1, 2010 (Proceeding No. 1531)

3. Statement of property sold: see attached Exhibit 1

4. Purchaser(s): Wallace Funeral Services, LLC

5. Sales Price received: $50,000.00*

6. Additional information:

Copies of closing documents are attached hereto as Exhibit 2 and incorporated herein by reference.

*Plus the amount due pursuant to paragraph 2(g) of the Settlement Agreement. The amount of same is being calculated and an amendment to this Report of Sale will be filed once said amount is ascertained.

### HANDLED OUTSIDE CLOSING

Brown leases - Wallace Funeral Services, LLC, has made the appropriate arrangements with Brown Service as regards said leases.

TCF - leases (hearses) - Wallace Funeral Services, LLC, has made the appropriate arrangements with TCF as regards said leases.

                                        Respectfully submitted,


                                         /s/ William Dennis Schilling
                                        William Dennis Schilling
                                        Attorney for Trustee

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
(205) 328-0464
(205) 328-6996 fax
wdschilling@bham.rr.com


## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the above and foregoing upon the following by placing a copy of same in the U.S. Mail postage prepaid and properly addressed this the 2nd day of August, 2010.

Mr. Valrey W. Early
Bankruptcy Administrator
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203


                                         /s/ William Dennis Schilling
                                        Of Counsel